No. 6646..

D. B. NORTH vs. E. T. MERRICK, EXR.

The plaintiff, alleging that this suit had been compromised, and the money agreed to be paid thereunder had been paid in full, moved the court to reverse the judgment given below, and enter a judgment conformable to the compromise, which was opposed by the defendant executor on the ground that the compromise was made with the widow and heirs of his testator, and that they cannot take any portion of the estate out of his hands without first putting him in funds to pay the debts, and that there are debts still unpaid.

*Held*, that this court cannot receive original evidence touching the matter, and remanded the case to the lower court for the purpose of receiving evidence of the compromise, and by whom it was made, and to report thereon.

APPEAL from the Fifth District Court of New Orleans.   ROGERS, J.

*Forman* for Plaintiff Appellant.   *Race & Foster* for Defendant.

MANNING, C. J., delivered the opinion.